**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-3708**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | Shop3036010 Store | 2 | 012 patch Store |
| 3 | AFBAGME Trendy bags Store | 4 | Aidema tribe Store |
| 5 | Anime cartoons Store | 6 | Awesomelo Store |
| 7 | aybycy direct Store | 8 | BaBt010 Store |
| 9 | Basketball Sneakers Store | 10 | Beautiful 008 Store |
| 11 | beiletong Store | 12 | BFCasualF Store |
| 13 | bianyilong Store | 14 | BKMY Store |
| 15 | boussac specialty Store | 16 | Bufeipai sportsgoots Store |
| 17 | Canuomen Jewelrys Store | 18 | Catch. U. Store |
| 19 | chang168168 Store | 20 | Cheng Yu Sneakers Store |
| 21 | Chinatown Dropshipping Store | 22 | Cosy Step Store |
| 23 | CREDRIZK Sneakers Boutique Store | 24 | CW Shun princes Store |
| 25 | Damon Store | 26 | datong1888 Store |
| 27 | Dengxia Store | 28 | diaoyong xiushui Store |
| 29 | DIY-T-shirts Store | 30 | DLIXZI E-KU Store |
| 31 | DLP-6 Store | 32 | dudeli Store |
| 33 | EU Sportwear Store | 34 | EURUS Store |
| 35 | EVOCUST 2100 Store | 36 | Exploding money for men and women Store |
| 37 | Exquisite hut Store | 38 | Exquisite store Store |
| 39 | fei long Store | 40 | FGHGF YF Store |
| 41 | Four seasons men's Store | 42 | fourTee Store |
| 43 | Gentlemanboss Store | 44 | GGM03 Store |
| 45 | GHH Store | 46 | GHH07 Store |
| 47 | GHH15 Store | 48 | Glodclaw Store |
| 49 | Go further Store | 50 | Good Funny Tshirt Store |
| 51 | Good Genes Store | 52 | Good Goods Outdoor Store |
| 53 | Good Men 100% Store | 54 | GOOD OUTDOOR FACTORY Store |
| 55 | GOODSPORTS Store | 56 | Guangzhou hat factory |
| 57 | H2-Original Store | 58 | hemmyi HI Store |
| 59 | Hemmyi Store | 60 | HIHANG Store |
| 61 | HL-Designer Store | 62 | Hotop Shirt Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 63 | HYsport Store | 64 | jian kun 888 Store |
| 65 | jide03 Store | 66 | KLShoes Store |
| 67 | 1981 Store | 68 | Aliexpress Sneakers Store |
| 69 | am367 Store | 70 | AngelaGoodMood Store |
| 71 | Ardian store | 72 | BaBt011 Store |
| 73 | caihua001 Store | 74 | Challenge85 Store |
| 75 | ChicBeck Store | 76 | Clearluv happiness town Store |
| 77 | Cuteeword Official Store | 78 | DeepBreath Store |
| 79 | DI Jewel Store | 80 | DREAMS MAKER Store |
| 81 | Dudutoy Store | 82 | EBM-Net |
| 83 | FANCIHAWAY Store | 84 | FAYFA Store |
| 85 | feiyitu Official Store | 86 | FLYJ Car Boutique Store |
| 87 | GHH06 Store | 88 | Golden Sapling Online Store |
| 89 | Hemmyi Boutique Store | 90 | hotsport Store |
| 91 | HuanChi Store | 92 | ifrich Official Store |
| 93 | instantarts footwear Store | 94 | jazzposture+001 Store |
| 95 | JINWANG Store | 96 | Jiu Sheng Toy Store |
| 97 | JNNGRIOR Store | 98 | jorson Store |
| 99 | Keanu Store | 100 | KEEP CAMPAIGN Store |
| 101 | KESROMAN Store | 102 | KIDFROMLBT Outdoor Store |
| 103 | KidsNike Store | 104 | KISSYOULOVE Store |
| 105 | KJEDGB-8 Store | 106 | Legoedblock Store |
| 107 | Lewo Swimsuit Store | 108 | liang liang Store |
| 109 | Little light shoe Store | 110 | Liyaa Store |
| 111 | Loecktty Official Store | 112 | Loekeah Online Store |
| 113 | Lu Feng Store | 114 | LUCKHEART Store |
| 115 | Luckys08 Store | 116 | LuxuryGoods Store |
| 117 | MAO ZI LI Store | 118 | Marry Trend Store |
| 119 | mawey Store | 120 | MDNEN Store |
| 121 | Met Boutique Store | 122 | Miniko Store |
| 123 | MOKMORSM NO:555 Store | 124 | Mr Wong Factory Store |
| 125 | Mr. Ding, shoe store Store | 126 | Mring Store |
| 127 | M-Sports Store | 128 | Mycool Store |
| 129 | MY-LOVE Store | 130 | Nice-Brand Store |
| 131 | niceflag Store | 132 | No.1shoe Store |
| 133 | Nobel life Store | 134 | OCQBI FOOTWARE Store |
| 135 | OriginalBasketball Store | 136 | Orlog Official Store |
| 137 | ORVAB Store | 138 | Oulan Footwear Store |
| 139 | OuLan Shoe Store | 140 | Outlets Factory Sneakers Store |
| 141 | P O P Store | 142 | PADEGAO sneakers Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 143 | PADEGAO Store | 144 | Patrikou Store |
| 145 | Pedicure Store | 146 | Phone accessories factory 10 Store |
| 147 | Phone_cases Store | 148 | physical education the first Store |
| 149 | PinkVelvet Store | 150 | PINSENKIDS Store |
| 151 | Playbear Store | 152 | POHENGNGO SportShoes Store |
| 153 | POMMAX Store | 154 | PUAMSS GSPORTS Store |
| 155 | pulue Official Store | 156 | Pursuit of Happiness shop Store |
| 157 | Qrxiaer Company Store | 158 | QZHSMY Men's Shoe Store |
| 159 | Rocky_201701 Store | 160 | runners Store |
| 161 | Saleing well Store | 162 | Satisfied with purchase |
| 163 | SEVENZAI Factory Store | 164 | shen ma Store |
| 165 | Shop1708559 Store | 166 | Shop4418136 Store |
| 167 | Shop5037171 Store | 168 | Shop5104062 Store |
| 169 | Shop5127086 Store | 170 | Shop5373157 Store |
| 171 | Shop5379219 Store | 172 | Shop5407001 Store |
| 173 | Shop5421229 Store | 174 | Shop5422254 Store |
| 175 | Shop5425309 Store | 176 | Shop5429103 Store |
| 177 | Shop5431039 Store | 178 | Shop5439249 Store |
| 179 | Shop5441180 Store | 180 | Shop5481226 Store |
| 181 | Shop5485153 Store | 182 | Shop5487213 Store |
| 183 | Shop5491192 Store | 184 | Shop5497015 Store |
| 185 | Shop5509027 Store | 186 | Shop5522094 Store |
| 187 | Shop5568108 Store | 188 | Shop5577042 Store |
| 189 | Shop5585105 Store | 190 | Shop5585242 Store |
| 191 | Shop5587150 Store | 192 | Shop5589379 Store |
| 193 | Shop5592046 Store | 194 | Shop5593024 Store |
| 195 | Shop5594140 Store | 196 | Shop5594245 Store |
| 197 | Shop5597182 Store | 198 | Shop5598024 Store |
| 199 | Shop5601028 Store | 200 | Shop5637060 Store |
| 201 | skinsticker Store | 202 | Sporty kiwi |
| 203 | TNT02 Store | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/3036010 | 2 | aliexpress.com/store/3139028 |
| 3 | aliexpress.com/store/5596167 | 4 | aliexpress.com/store/4649126 |
| 5 | aliexpress.com/store/5591054 | 6 | aliexpress.com/store/5240100 |
| 7 | aliexpress.com/store/5216037 | 8 | aliexpress.com/store/5591035 |
| 9 | aliexpress.com/store/5596433 | 10 | aliexpress.com/store/5304001 |
| 11 | aliexpress.com/store/5073449 | 12 | aliexpress.com/store/5408074 |
| 13 | aliexpress.com/store/4835006 | 14 | aliexpress.com/store/4866142 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 15 | aliexpress.com/store/5440222 | 16 | aliexpress.com/store/5143035 |
| 17 | aliexpress.com/store/3208063 | 18 | aliexpress.com/store/3086079 |
| 19 | aliexpress.com/store/5083347 | 20 | aliexpress.com/store/5070158 |
| 21 | aliexpress.com/store/5578069 | 22 | aliexpress.com/store/4449028 |
| 23 | aliexpress.com/store/5442098 | 24 | aliexpress.com/store/5434023 |
| 25 | aliexpress.com/store/3912009 | 26 | aliexpress.com/store/5039323 |
| 27 | aliexpress.com/store/5381287 | 28 | aliexpress.com/store/4428045 |
| 29 | aliexpress.com/store/5426080 | 30 | aliexpress.com/store/1988456 |
| 31 | aliexpress.com/store/5588085 | 32 | aliexpress.com/store/3209105 |
| 33 | aliexpress.com/store/1684457 | 34 | aliexpress.com/store/5426280 |
| 35 | aliexpress.com/store/1460275 | 36 | aliexpress.com/store/5439168 |
| 37 | aliexpress.com/store/5597297 | 38 | aliexpress.com/store/2411067 |
| 39 | aliexpress.com/store/5083439 | 40 | aliexpress.com/store/5253194 |
| 41 | aliexpress.com/store/5018046 | 42 | aliexpress.com/store/5432078 |
| 43 | aliexpress.com/store/5020211 | 44 | aliexpress.com/store/5604141 |
| 45 | aliexpress.com/store/5594278 | 46 | aliexpress.com/store/5593283 |
| 47 | aliexpress.com/store/5591251 | 48 | aliexpress.com/store/5372176 |
| 49 | aliexpress.com/store/4430175 | 50 | aliexpress.com/store/4647096 |
| 51 | aliexpress.com/store/5037192 | 52 | aliexpress.com/store/5151002 |
| 53 | aliexpress.com/store/3907050 | 54 | aliexpress.com/store/5601235 |
| 55 | aliexpress.com/store/4623037 | 56 | aliexpress.com/store/1971423 |
| 57 | aliexpress.com/store/5586228 | 58 | aliexpress.com/store/2918097 |
| 59 | aliexpress.com/store/2967005 | 60 | aliexpress.com/store/5573127 |
| 61 | aliexpress.com/store/4778034 | 62 | aliexpress.com/store/3570024 |
| 63 | aliexpress.com/store/5250216 | 64 | aliexpress.com/store/4499140 |
| 65 | aliexpress.com/store/3218120 | 66 | aliexpress.com/store/5477138 |
| 67 | aliexpress.com/store/3389019 | 68 | aliexpress.com/store/5059125 |
| 69 | aliexpress.com/store/3607014 | 70 | aliexpress.com/store/5606063 |
| 71 | aliexpress.com/store/2220077 | 72 | aliexpress.com/store/5607062 |
| 73 | aliexpress.com/store/4302043 | 74 | aliexpress.com/store/5114077 |
| 75 | aliexpress.com/store/3616133 | 76 | aliexpress.com/store/5370064 |
| 77 | aliexpress.com/store/2541006 | 78 | aliexpress.com/store/3042008 |
| 79 | aliexpress.com/store/5605080 | 80 | aliexpress.com/store/2792197 |
| 81 | aliexpress.com/store/2818004 | 82 | aliexpress.com/store/1148352 |
| 83 | aliexpress.com/store/5380321 | 84 | aliexpress.com/store/5106093 |
| 85 | aliexpress.com/store/2670149 | 86 | aliexpress.com/store/4411096 |
| 87 | aliexpress.com/store/5605361 | 88 | aliexpress.com/store/3447002 |
| 89 | aliexpress.com/store/3653008 | 90 | aliexpress.com/store/1833316 |
| 91 | aliexpress.com/store/4708021 | 92 | aliexpress.com/store/1955147 |
| 93 | aliexpress.com/store/3655009 | 94 | aliexpress.com/store/4847032 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 95 | aliexpress.com/store/1305062 | 96 | aliexpress.com/store/5397033 |
| 97 | aliexpress.com/store/3627080 | 98 | aliexpress.com/store/5008418 |
| 99 | aliexpress.com/store/5084077 | 100 | aliexpress.com/store/5044338 |
| 101 | aliexpress.com/store/5075190 | 102 | aliexpress.com/store/5065010 |
| 103 | aliexpress.com/store/4565021 | 104 | aliexpress.com/store/5081317 |
| 105 | aliexpress.com/store/5089087 | 106 | aliexpress.com/store/2984022 |
| 107 | aliexpress.com/store/5005446 | 108 | aliexpress.com/store/4984014 |
| 109 | aliexpress.com/store/5428070 | 110 | aliexpress.com/store/5596325 |
| 111 | aliexpress.com/store/2218117 | 112 | aliexpress.com/store/3887047 |
| 113 | aliexpress.com/store/5375034 | 114 | aliexpress.com/store/4824016 |
| 115 | aliexpress.com/store/5513032 | 116 | aliexpress.com/store/320886 |
| 117 | aliexpress.com/store/5476205 | 118 | aliexpress.com/store/5071093 |
| 119 | aliexpress.com/store/5066369 | 120 | aliexpress.com/store/3644005 |
| 121 | aliexpress.com/store/5051097 | 122 | aliexpress.com/store/5018097 |
| 123 | aliexpress.com/store/3860080 | 124 | aliexpress.com/store/5276033 |
| 125 | aliexpress.com/store/4994198 | 126 | aliexpress.com/store/836199 |
| 127 | aliexpress.com/store/5361326 | 128 | aliexpress.com/store/5512052 |
| 129 | aliexpress.com/store/4504100 | 130 | aliexpress.com/store/5433058 |
| 131 | aliexpress.com/store/3248057 | 132 | aliexpress.com/store/4931043 |
| 133 | aliexpress.com/store/4698109 | 134 | aliexpress.com/store/4419061 |
| 135 | aliexpress.com/store/4999040 | 136 | aliexpress.com/store/4539030 |
| 137 | aliexpress.com/store/4717042 | 138 | aliexpress.com/store/4427088 |
| 139 | aliexpress.com/store/3043051 | 140 | aliexpress.com/store/5157042 |
| 141 | aliexpress.com/store/3241015 | 142 | aliexpress.com/store/5441211 |
| 143 | aliexpress.com/store/427870 | 144 | aliexpress.com/store/5579141 |
| 145 | aliexpress.com/store/5144059 | 146 | aliexpress.com/store/5526030 |
| 147 | aliexpress.com/store/5381009 | 148 | aliexpress.com/store/1524483 |
| 149 | aliexpress.com/store/4409118 | 150 | aliexpress.com/store/3646005 |
| 151 | aliexpress.com/store/4990381 | 152 | aliexpress.com/store/5375106 |
| 153 | aliexpress.com/store/4996157 | 154 | aliexpress.com/store/4272015 |
| 155 | aliexpress.com/store/4921018 | 156 | aliexpress.com/store/4788027 |
| 157 | aliexpress.com/store/5024110 | 158 | aliexpress.com/store/5119161 |
| 159 | aliexpress.com/store/2946112 | 160 | aliexpress.com/store/5369055 |
| 161 | aliexpress.com/store/5590123 | 162 | aliexpress.com/store/1194734 |
| 163 | aliexpress.com/store/1943942 | 164 | aliexpress.com/store/5050301 |
| 165 | aliexpress.com/store/1708559 | 166 | aliexpress.com/store/4418136 |
| 167 | aliexpress.com/store/5037171 | 168 | aliexpress.com/store/5104062 |
| 169 | aliexpress.com/store/5127086 | 170 | aliexpress.com/store/5373157 |
| 171 | aliexpress.com/store/5379219 | 172 | aliexpress.com/store/5407001 |
| 173 | aliexpress.com/store/5421229 | 174 | aliexpress.com/store/5422254 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 175 | aliexpress.com/store/5425309 | 176 | aliexpress.com/store/5429103 |
| 177 | aliexpress.com/store/5431039 | 178 | aliexpress.com/store/5439249 |
| 179 | aliexpress.com/store/5441180 | 180 | aliexpress.com/store/5481226 |
| 181 | aliexpress.com/store/5485153 | 182 | aliexpress.com/store/5487213 |
| 183 | aliexpress.com/store/5491192 | 184 | aliexpress.com/store/5497015 |
| 185 | aliexpress.com/store/5509027 | 186 | aliexpress.com/store/5522094 |
| 187 | aliexpress.com/store/5568108 | 188 | aliexpress.com/store/5577042 |
| 189 | aliexpress.com/store/5585105 | 190 | aliexpress.com/store/5585242 |
| 191 | aliexpress.com/store/5587150 | 192 | aliexpress.com/store/5589379 |
| 193 | aliexpress.com/store/5592046 | 194 | aliexpress.com/store/5593024 |
| 195 | aliexpress.com/store/5594140 | 196 | aliexpress.com/store/5594245 |
| 197 | aliexpress.com/store/5597182 | 198 | aliexpress.com/store/5598024 |
| 199 | aliexpress.com/store/5601028 | 200 | aliexpress.com/store/5637060 |
| 201 | aliexpress.com/store/2376004 | 202 | aliexpress.com/store/2033051 |
| 203 | aliexpress.com/store/5585394 | | |